## DODD v. STATE.

### No. 23937.

Court of Criminal Appeals of Texas.

Feb. 25, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for aggravated assault. The penalty assessed is confinement in the county jail for one month and a fine of $100.

The indictment and all other matters of procedure appear regular. The record is before us without a statement of facts and bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.